IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY MURRAY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | **2:11-CV-6900-CDJ** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 31st day of July, 2014, it is hereby **ORDERED** that defendant City of Philadelphia's Motion for Summary Judgment, (Doc. No. 29), is **GRANTED**. Plaintiff's claims against the City of Philadelphia are **DISMISSED**.

                                                              BY THE COURT:

                                                              **/s/ C. Darnell Jones, II   J.**
                                                              **C. DARNELL JONES, II   J.**